# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Hibo Salah Daar,<br>　　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:  David T. Schultz<br>U.S. Magistrate Judge<br><br>Case No:　　　　25-cr-214 NEB/DTS<br>Date:　　　　　June 4, 2025<br>Court Reporter:　Maria Weinbeck<br>Courthouse:　　Minneapolis<br>Courtroom:　　9E<br>Time Commenced:　9:04 a.m.<br>Time Concluded:　9:06 a.m.<br>Time in Court:  2 minutes |

APPEARANCES:

　Plaintiff: Dan Bobier, Assistant U.S. Attorney
　Defendant:  Karen Mohrlant
　　　X CJA

**Indictment Dated:**  5/28/2025

　X Reading of Indictment Waived　　X Not Guilty Plea Entered

Other Remarks:

　X Counsel to be notified of additional dates by separate Order to be issued.

　　　　　　　　　　　　　　　　　　　　　　　　　　s/*aln*
　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy