# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>  v.<br><br>HIBO SALAH DAAR,<br>aka Hibo Daar,<br><br>　　　　　　　Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No:　　　　　25-cr-214 (1) (NEB/DTS)<br>Date:　　　　　　August 1, 2025<br>Court Reporter:　Renee Rogge<br>Courtroom:　　　13W<br>Time Commenced:　11:00 a.m.<br>Time Concluded:　12:00 p.m.<br>Time in Court:　1 hour |

APPEARANCES:
　Plaintiff:　　Daniel Bobier, Assistant U.S. Attorney
　Defendant:　Jason Steck, Retained Attorney

PROCEEDINGS:

Interpreter: Ayderus Ali/Somali – (stand by only)

CHANGE OF PLEA HEARING:

PLEA:
☒　Guilty plea entered as to Count 2 of the Indictment.
☒　Defendant moved for release from custody pending sentencing in this case. (oral motion) A hearing is scheduled for 8/3/25 at 3:00 p.m. before Judge Brasel in Courtroom 13W in the Minneapolis Federal Courthouse.
☒　Presentence Investigation Report Requested.
☒　Defendant is remanded to the custody of the USM.


Date: August 1, 2025　　　　　　　　　　　　　　　s/Kristine Wegner
　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy to Judge Nancy E. Brasel